UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNERSTONE COMMUNITY ALCOHOL AND OTHER DRUG RECOVERY SYSTEM,<br><br>     Plaintiff,<br><br>     v.<br><br>SERVICE AMERICAN INDEMNITY COMPANY, et al.,<br><br>     Defendants. | No.  1:22-cv-00225-SKO<br><br>ORDER DIRECTING THE CLERK TO TERMINATE DEFENDANT SERVICE AMERICAN INDEMNITY COMPANY<br><br>(Doc. 28) |

On February 6, 2023, the parties filed a Stipulation for Voluntary Dismissal of Defendant Service American Indemnity Company with prejudice, pursuant to Federal Rule of Civil Procedure 41(a).  (Doc. 28.)

In relevant part, Rule 41(a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).  "The plaintiff may dismiss some or all of the defendants, or some or

all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the action as to the defendants who are the subjects of the notice." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Because the parties filed a stipulation of dismissal with prejudice under Rule 41(a), this case has automatically terminated as to Defendant Service American Indemnity Company. Fed. R. Civ. P. 41(a)(1)(A). Accordingly, the Clerk of Court is directed to TERMINATE Defendant Service American Indemnity Company.

This case shall remain OPEN pending resolution of Plaintiff's case against the remaining defendants.

IT IS SO ORDERED.

Dated:   **February 7, 2023**                    /s/ *Sheila K. Oberto*
                                                 UNITED STATES MAGISTRATE JUDGE