## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CORNERSTONE COMMUNITY ALCOHOL AND OTHER DRUG RECOVERY SYSTEM,** | **JUDGMENT IN A CIVIL CASE** |
| v. | CASE NO: **1:22–CV–00225–SKO** |
| **ARTHUR J. GALLAGHER &AMP; CO., ET AL.,** | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 3/1/2023**

                                                                    **Keith Holland**
                                                      Clerk of Court

ENTERED: **March 1, 2023**

                                     by:  /s/  A. Lawrence
                                                Deputy Clerk